## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| ROBERT MABON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:07-CV-360 |
| | ) | |
| UNITED STATES STEEL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B), filed on August 24, 2009. Upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation. Accordingly, the Clerk is **ORDERED** to **DISMISS** this case **with prejudice**.

In the instant report and recommendation, Magistrate Judge Cherry articulately explained his conclusions as to each of Plaintiff's claims and recommended that Defendant's Motion for Summary Judgment (DE# 25) be granted. The parties were informed that they had ten days after being served with a copy of the Report and Recommendation to file any written objections. (DE# 36, p.20)

More than 10 days has passed and no party filed any objection to the Report and Recommendation. *Willis v. Caterpillar*, Inc., 199 F.3d 902, 904 (7th Cir. 1999)(explaining that the failure to file

a timely objection – within 10 days – will result in the waiver of the right to challenge a report and recommendation).


DATED:  January 7, 2010          /s/RUDY LOZANO, Judge
                                 United States District Court